Richard DIAZ, Plaintiff–Appellant,

v.

VERIZON CLAIMS REVIEW COMMITTEE, as Administrator of the Plan for Group Insurance, Defendant,

Metropolitan Life Insurance Company, Inc., as the Claims Administrator of the Verizon Wireless Health and Welfare Benefits Program, Verizon Wireless Employee Benefits Committee, as Plan Administrator of the Verizon Wireless Health and Welfare Benefits Plan, Defendants–Appellees.

No. 06–15634
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 15, 2007.

Enrique Escarraz, III, Donald C. Anderson, Law Offices of Donald C. Anderson, St. Petersburg, FL, for Plaintiff–Appellant.

Ralph C. Losey, Kelly J.H. Garcia, Stephanie A. Segalini, Akerman Senterfitt, Orlando, FL, Gregory A. Hearing, Sacha Dyson, Thompson, Sizemore & Gonzalez, P.A., Tampa, FL, for Defendants–Appellees.

Before BIRCH, CARNES and FAY, Circuit Judges.

PER CURIAM:

The summary judgments entered in favor of the Appellees are affirmed for the reasons set forth in the *Report and Recommendation,* 2006 WL 2470171 (2006) of the United States Magistrate Judge dated May 4, 2006, and the *Order* of the United States District Judge dated August 22, 2006.

**AFFIRMED.**